FILED
IN CLERK'S OFFICE

2023 MAR -6  AM 9: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN DEGROS,<br><br>Defendant | Criminal No. 19-cr-10267-DPW(s)<br><br>Violation:<br><br>**Count One**: Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl (21 U.S.C. § 846) |

## SUPERSEDING INFORMATION

### COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl
(21 U.S.C. § 846)

The United States Attorney charges:

On or about June 13, 2019, in Somerset, in the District of Massachusetts, the defendant,

**BENJAMIN DEGROS,**

conspired with other persons known and unknown to the United States Attorney, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

                                            RACHAEL S. ROLLINS
                                            United States Attorney

                           By:    */s/ Leah B. Foley*
                                            Leah B. Foley
                                            Assistant United States Attorney

Dated: March 6, 2023